Nathaniel Davis, Esq.
Military Park Building
60 Park Place
Suite 208
Newark, NJ 07102
(973) 792-9005
Attorney for the Plaintiff(s),
Lucy Gray

| | |
|---|---|
| LUCY GRAY, | : UNITED STATES DISTRICT COURT |
| | : FOR THE STATE OF NEW JERSEY |
| | : |
| | : Civil Action No. 2:13-CV-03718-SDW-LDW |
| Plaintiff(s) | : |
| v. | : |
| | : |
| CB RICHARD ELLIS REAL ESTATE | : |
| SERVICES, MERIT U.S. REAL ESTATE | : |
| FUND, III, L.P., P&T II CONTRACTING | : ORDER |
| CORP., JOHN DOES 1-5, and ABC CORP. | : |
| 1-3, | : |
| | : |
| Defendant(s) | : |

The matter having been opened to the Court by Nathaniel Davis, Esq. attorney for Plaintiff, Lucy Gray, for an Order, and the Court having considered the matter,

IT is on this 7th day of March, 2016

ORDERED that the Plaintiff, Lucy Gray's, Complaint is hereby reinstated as to Defendant P & T II Contracting Corporation; and it is further

ORDERD that the Court set a date for a Default Hearing for _____, 2016

ORDERED that a copy of this Order shall be served on all counsel/parties of record

*Denied*

within _____ days of receipt by Plaintiff's counsel.

_____
U.S.D.J.

\* Plaintiff failed to comply with this Court's Order dated 11/9/15 (D.E. #30). Further, Plaintiff failed to set forth any cause for not complying.

SDW